In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00302-CV
_____

IN RE SADDLES BLAZIN, LLC

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 18-03-03200-CV**

**ORDER**

Relator Saddles Blazin, LLC filed a petition for writ of mandamus. The relator is the plaintiff in trial cause number 18-03-03200-CV. Relator seeks a writ compelling the Honorable Kristin Bays, Judge of the 284th District Court, to vacate and set aside her amended docket control order of July 9, 2019, to vacate and set aside her order denying relator's motion for leave to file a first amended answer and expert designation, and to enter an order granting relator leave to file its expert list and amended answer. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2018).

1

Relator alleges that an emergency stay is necessary to maintain the status quo and to preserve this Court's jurisdiction. The Court finds that temporary relief is necessary to preserve its jurisdiction and to prevent undue prejudice. It is ORDERED that all further proceedings in trial cause number 18-03-03200-CV are STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relator as a condition to any relief herein granted.

The response of the real party in interest, KRG Portofino, LLC, is due September 20, 2019.

MOTION FOR TEMPORARY EMERGENCY RELIEF GRANTED.

ORDER ENTERED September 12, 2019.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.